## COLEMAN V. BROWN.

(Decided May 30, 1912.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JAMES E. BLACKWOOD.

No counsel marked for either party.

Per curiam.   Appeal dismissed.

---

## EASTERWOOD V. THE STATE.

(Decided May 30, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant, R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

## HELD V. BUCKLEY.

(Decided May 28, 1912.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. H. D. MERRILL.

No counsel marked for either party.

Per curiam.   Appeal dismissed.

---

## HUDGINS V. THE STATE.

(Decided June 28, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant, R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No bill of exceptions and no error in the record.   Affirmed.